UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL GEORGE,<br><br>          Plaintiff,<br><br>     vs.<br><br>CISNEROS, et al.,<br><br>          Defendants. | **1:21-cv-00319-GSA-PC**<br><br>**ORDER GRANTING REQUEST FOR SCREENING ORDER**<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**(ECF No. 1.)** |

   This is a civil action filed by Richard Earl George ("Plaintiff"), a state prisoner proceeding *pro se*. This action was initiated by civil complaint filed by Plaintiff in the Kings County Superior Court on December 7, 2020 (Case #20C0352). On March 3, 2021, defendants K. Allison and T. Cisneros ("Defendants") removed the case to federal court by filing a Notice of Removal of Action pursuant to 28 U.S.C. § 1441. (ECF No. 1.) In the Notice of Removal Defendants requested the court to screen Plaintiff's complaint under 28 U.S.C. § 1915A and grant Defendants an extension of time in which to file a responsive pleading. (Id.)

   The Court is required to screen complaints in civil actions in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint alleges that Defendants, employees of the California Department of Corrections and Rehabilitation (CDCR) at the California Substance Abuse Treatment Facility and State Prison in Corcoran, California, subjected him to adverse conditions

of confinement in violation of the Eighth Amendment. Because Plaintiff is a prisoner and Defendants were employees of the CDCR at a state prison when the alleged events occurred, the court is required to screen the complaint. Therefore, Defendants' request for the court to screen the complaint shall be granted. In addition, good cause appearing, the request for extension of time shall also be granted.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants' request for the court to screen the complaint under 28 U.S.C. § 1915A(a) is GRANTED, and the court shall issue a screening order in due time; and

2. Defendants are GRANTED an extension of time until thirty days from the date of service of the court's screening order in which to file a response to the complaint.

IT IS SO ORDERED.

Dated:   **March 4, 2021**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE