UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL GEORGE,<br><br>Plaintiff,<br><br>v.<br><br>THERESA CISNEROS, et al.,<br><br>Defendants. | No. 1:21-cv-00319 KES GSA (PC)<br><br>ORDER ACKNOWLEDGING DEFENDANTS' REQUEST TO SCREEN PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>(ECF No. 21)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO FILE RESPONSE, IF ANY, TO PLAINTIFF'S FIRST AMENDED COMPLAINT WITHIN SIXTY DAYS OF COURT'S DETERMINATION OF VIABLE CLAIMS |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Defendants have removed this case to federal court. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this Court is Defendants' request for screening of Plaintiff's first amended complaint {"FAC"). ECF No. 21. For the reasons stated below, the Court will acknowledge Defendants' request and screen Plaintiff's FAC in due course. It will also grant Defendants' request to be given sixty days to file a response to any viable claims found in Plaintiff's FAC.

I.  DEFENDANTS' REQUEST FOR SCREENING

A. Relevant Procedural History

On June 2, 2025, the Court screened Plaintiff's complaint and found that it failed to state a claim upon which relief could be granted. ECF No. 18 at 11 (screening order). As a result, Plaintiff was given leave to amend the complaint. Id. Thereafter, on June 23, 2025, Plaintiff's FAC was docketed. ECF No. 20.

B. Defendants' Request for Screening

On June 26, 2025, Defendants filed the instant request for screening. ECF No. 21. In it, Defendants request the Court to screen Plaintiff's FAC pursuant to 28 U.S.C. § 1915A, and, if any cognizable claims are found, to grant them sixty days to file a response to Plaintiff's FAC. Id. at 1-2. The motion also notes that the Defendants Plaintiff has named, specifically, Secretary Allison and Warden Cisneros, were not in the positions Plaintiff claims in his FAC. See id. at 1 n.1.

II.  DISCUSSION

The Eastern District of California carries one of the largest and most heavily weighted caseloads in the nation. See Office of the Clerk, United States District Court, Eastern District of California, 2024 Annual Report, "Weighted Filings," p. 35 (2024) ("[O]ur weighted caseload far exceeds the national average . . . ranking us fourth in the nation and first in the Ninth Circuit."). This problem is compounded by a shortage of jurists to review its pending matters. See generally id. (stating 2024 Biennial Judgeship Survey recommended request for four additional permanent judgeships for Eastern District of California).

That being said, the Court will acknowledge Defendants' request to screen Plaintiff's FAC. Defendants are informed that the FAC will be screened in due course. In addition, should the Court determine that Plaintiff's FAC has viable claims in it, upon such determination, unless otherwise stated in the screening order, Defendants shall have sixty days to file a response to it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request for screening (ECF No. 21) is herein ACKNOWLEDGED by the Court. Plaintiff's first amended complaint will be screened in due course, and

2. Absent any statement in the screening order to the contrary, Defendants' request to be given sixty days to file a response to any viable claims in Plaintiff's first amended complaint is GRANTED.

IT IS SO ORDERED.

Dated: **September 12, 2025**         **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE