1
2
3

# UNITED STATES DISTRICT COURT

4

### EASTERN DISTRICT OF CALIFORNIA

5

6  RICHARD EARL GEORGE,                    Case No.  1:21-cv-00319-KES-BAM (PC)

7              Plaintiff,                  ORDER DIRECTING DEFENDANTS TO
                                           FILE RESPONSIVE PLEADING TO THIRD
8       v.                                 AMENDED COMPLAINT

9  CISNEROS, *et al.*,                     **TWENTY-ONE (21) DAY DEADLINE**

10             Defendants.

11

12          Plaintiff Richard Earl George ("Plaintiff") is a state prisoner appearing *pro se* in this civil

13  rights action pursuant to 42 U.S.C. § 1983.  The matter was removed from Kings County Superior

14  Court on March 3, 2021.  (ECF No. 1.)  Following screening, this action now proceeds on

15  Plaintiff's third amended complaint, filed November 10, 2025, against Defendants Cisneros and

16  Allison for unconstitutional conditions of confinement in violation of the Eighth Amendment

17  related to the wet asbestos ceiling divider panels falling on Plaintiff and others in the Facility B

18  dining hall in November or December 2019 and September 2020.  (ECF No. 38.)

19          The Court therefore finds it appropriate to reset the deadline for Defendants Cisneros and

20  Allison to file a responsive pleading to the third amended complaint.

21          Accordingly, it is HEREBY ORDERED that Defendants Cisneros and Allison SHALL

22  FILE a response to Plaintiff's third amended complaint within **twenty-one (21) days** from the

23  date of service of this order.
    IT IS SO ORDERED.

24

25      Dated:   __**December 30, 2025**__        ___/s/ *Barbara A. McAuliffe*___

26                                                 UNITED STATES MAGISTRATE JUDGE

27

28

1