# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL GEORGE,<br><br>          Plaintiff,<br><br>     v.<br><br>CISNEROS, *et al.*,<br><br>          Defendants. | Case No.  1:21-cv-00319-KES-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEFENDANTS' DEADLINE TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 40) |

Plaintiff Richard Earl George ("Plaintiff") is a state prisoner appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was removed from Kings County Superior Court on March 3, 2021.  (ECF No. 1.)  Following screening, this action now proceeds on Plaintiff's third amended complaint, filed November 10, 2025, against Defendants Cisneros and Allison for unconstitutional conditions of confinement in violation of the Eighth Amendment related to the wet asbestos ceiling divider panels falling on Plaintiff and others in the Facility B dining hall in November or December 2019 and September 2020.  (ECF No. 38.)

On December 30, 2025, the Court ordered Defendant Cisneros and Allison to file a response to Plaintiff's third amended complaint within twenty-one (21) days.  (ECF No. 39.) Defendants' responsive pleading is due on or before January 20, 2026.

Currently before the Court is Defendants' administrative motion for a thirty (30) day extension of their deadline to file a responsive pleading, filed January 15, 2026.  (ECF No. 40.)

1

Defendants request an extension due to their counsel's current workload and competing deadlines. (*Id.*) Defense counsel submitted a declaration in support of the motion. According to that declaration, defense counsel has been diligently defending this case by reviewing pertinent case documentation and researching how best to draft Defendants' responsive pleading. However, defense counsel has been delayed by several events, including preparing responsive pleadings in three other pending matters, along with a reply in support of a motion for summary judgment. (*Id.* at 4.) Defense counsel declares that those events are consuming a substantial amount of time, delaying preparation of Defendants' responsive pleading. (*Id.*)

Plaintiff has not yet had an opportunity to file a response to the motion, but the Court finds a response is unnecessary. The motion is deemed submitted. L.R. 230(l), 233.

Having considered the motion, the Court finds good cause to grant the requested extension to the responsive pleading deadline. Fed. R. Civ. P. 6. The Court finds that Plaintiff will not be prejudiced by the extension granted here. This case is in its early stages, it has not been scheduled, and no other deadlines are extended by this order. Further, no additional extensions of Defendants' deadline to respond to Plaintiff's third amended complaint will be granted absent a demonstrated showing of good cause, which will be narrowly construed.

Accordingly, it is HEREBY ORDERED that:

1.  Defendants' motion for administrative relief to extend Defendants' deadline to file a responsive pleading, (ECF No. 40), is GRANTED.

2.  Defendants shall file a response to Plaintiff's third amended complaint on or before **February 19, 2026**.

3.  **No further extensions of the responsive pleading deadline will be granted absent a demonstrated showing of good cause, which will be narrowly construed.**

IT IS SO ORDERED.

Dated:   **January 16, 2026**                    /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

2