# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL GEORGE,<br>Plaintiff,<br>v.<br>CISNEROS, *et al.*,<br>Defendants. | Case No. 1:21-cv-00319-KES-BAM (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S LODGED PLEADING AS MOTION TO AMEND THE COMPLAINT<br><br>(ECF No. 49)<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Richard Earl George ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's third amended complaint against Defendants Cisneros and Allison for unconstitutional conditions of confinement in violation of the Eighth Amendment related to the wet asbestos ceiling divider panels falling on Plaintiff and others in the Facility B dining hall in November or December 2019 and September 2020. Defendants Allison and Cisneros answered the third amended complaint on March 5, 2026. (ECF No. 44.)

On April 24, 2026, the Court issued a Discovery and Scheduling Order, which set the deadline to amend the pleadings as July 24, 2026. (ECF No. 48.)

On May 26, 2026, Plaintiff lodged an amended pleading. (ECF No. 49.) The Court

construes the lodged pleading as a motion to amend the complaint.

The Court finds it appropriate to obtain a response from Defendants regarding the motion. Accordingly, Defendants shall file a response to Plaintiff's motion within **fourteen (14) days** from the date of service of this order. Plaintiff's reply, if any, is due within **seven (7) days** from the date of service of Defendants' response.

IT IS SO ORDERED.

Dated: **July 27, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE